An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SARA SEGURA,
                    Appellant,
        vs.
US BANK, N.A.; AND RESIDENTIAL
CREDIT SOLUTIONS,
                    Respondents.

No. 68482

FILED

AUG 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
   CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting in part and denying in part respondents' motion to dismiss. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The district court specifically stated that the motion to dismiss was denied without prejudice as to appellant's

15-25159

"remaining claims." Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Joseph Hardy, Jr., District Judge
Sara Segura
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

---

[1]Our dismissal today is without prejudice to appellant's right to file a timely new notice of appeal from a final written order of the district court resolving all claims between the parties.